UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NORMAN SPIEGEL, Derivatively On Behalf of Nominal Defendant CHESAPEAKE ENERGY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>AUBREY K. MCCLENDON, RICHARD K. DAVIDSON, KATHLEEN M. EISBRENNER, V. BURNS HARGIS, FRANK KEATING, CHARLES T. MAXWELL, MERRILL A. MILLER, JR., DON NICKLES, and LOU SIMPSON,<br><br>Defendants,<br><br>- and –<br><br>CHESAPEAKE ENERGY CORPORATION,<br><br>Nominal Defendant. | Civil Action No. 5:12-cv-00502-M |

**JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

WHEREAS, on May 3, 2012, plaintiff Norman Spiegel ("plaintiff") filed his Verified Shareholder Derivative Complaint ("Complaint") in the above-entitled matter;

WHEREAS, plaintiff is in the process of completing service of the Complaint on Nominal Defendant Chesapeake Energy Corporation and Individual Defendants Aubrey K. McClendon, Richard K. Davidson, Kathleen M. Eisbrenner, V. Burns Hargis, Frank Keating, Charles T. Maxwell, Merrill A. Miller, Jr., Don Nickles, and Lou Simpson ("defendants");

WHEREAS, Federal Rule of Civil Procedure 12(a)(1)(A) provides that defendants must serve a responsive pleading within twenty-one (21) days after being served with the summons and complaint;

WHEREAS, a coordinated response date for all defendants would promote efficiency;

WHEREAS, the parties have agreed to confer regarding the filing of a consolidated complaint and/or the filing of a responsive pleading within fourteen (14) days after the Court grants or denies a motion to consolidate this action with actions related to this case; and

WHEREAS, counsel for the defendants has agreed to accept service of the Complaint on behalf of all of the defendants;

NOW THEREFORE, IT IS STIPULATED AND AGREED that the parties shall confer regarding the filing of a consolidated complaint and/or the filing of a responsive pleading within fourteen (14) days after the Court grants or denies a motion to consolidate this action with actions

related to this case.

DATED: May 25, 2012                    By: s/Daniel M. Delluomo
                                       DANIEL M. DELLUOMO, OBA No. 11810
                                       5617 N. Classen Blvd.
                                       Oklahoma City, OK 73118
                                       Telephone: 405-843-0400
                                       Facsimile: 405-843-5005
                                       Email:  monty@delluomo.com


                                       GLANCY BINKOW & GOLDBERG LLP
                                       LIONEL Z. GLANCY
                                       MICHAEL GOLDBERG
                                       EX KANO S. SAMS II
                                       1925 Century Park East, Suite 2100
                                       Los Angeles, California 90067
                                       Telephone:    (310) 201-9150
                                       Facsimile:    (310) 201-9160
                                       Email:  lglancy@glancylaw.com
                                       Email:  mmgoldberg@glancylaw.com
                                       Email:  esams@glancylaw.com

                                       *Counsel for Plaintiff*

                                       ORRICK, HERRINGTON & SUTCLIFFE LLP
                                       M. TODD SCOTT
                                       The Orrick Building
                                       405 Howard Street
                                       San Francisco, California 94105-2669
                                       Telephone:    (415) 773-5700
                                       Facsimile:    (415) 773-5759
                                       Email:  tscott@orrick.com

                                       *Counsel for Nominal Defendant Chesapeake Energy Corporation and Individual Defendants Aubrey K. McClendon, Richard K. Davidson, Kathleen M. Eisbrenner, V. Burns Hargis, Frank Keating, Charles T. Maxwell, Merrill A. Miller, Jr., Don Nickles, and Lou Simpson*


JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

3